IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN MARLOW**                                                                                      **PLAINTIFF**

v.                                          **CASE NO. 4:19-CV-00666-BSM**

**CITY OF CLARENDON,** *et al.*                                                           **DEFENDANTS**

## ORDER

John Marlow's motion in limine and second motion in limine [Doc. Nos. 49 & 50] are denied. The City of Clarendon's motion in limine [Doc. No. 51] to preclude Marlow from using the discipline of Derrick Times and to exclude certain text messages is denied. Admission of the text messages will be taken up at pretrial. The City's request to exclude the opinion issued in Marlow's unemployment case is granted and the request to preclude the use of any other documents in the unemployment claim file is denied because I cannot make a blanket ruling on these documents without knowing Marlow's purpose for using them.

IT IS SO ORDERED this 3rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE